UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST CRUTCHFIELD III,
Personal Representative of the Estate of
Ernest Crutchfield II, Deceased,   No. 07-10093

      Plaintiff,   District Judge Julian Abele Cook

v.   Magistrate Judge R. Steven Whalen

CITY OF DETROIT, ET.AL.,

      Defendants.
_____/

## ORDER GRANTING LEAVE TO AMEND

The Court having reviewed Plaintiff's Motion for Leave to File First Amended Complaint [Docket #16], and the Defendants having stated no objection,

Said motion is hereby GRANTED. Plaintiff shall file the First Amended Complaint within 14 days of the date of this Order.[1]

The Notice of Hearing setting this Motion for hearing on December 20, 2007 [Docket #19] is RESCINDED.

      SO ORDERED.

                              S/R. Steven Whalen
                              R. STEVEN WHALEN
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 14, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

---

[1] A proposed First Amended Complaint was attached to Plaintiff's Motion. However, Plaintiff is directed to re-file the First Amended Complaint as a separate document.

and/or parties of record by electronic means or U.S. Mail on December 14, 2007.

                                                            S/G. Wilson
                                                             Judicial Assistant